✓ #695 466　　　# 128828

FILED

2010 SEP -2 PM 3: 04

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          *          CASE # 06-30765 W
                                                    CHAPTER 13
                                *
Osborn, Thomas M
Debtor                          *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received several returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$443.37** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office.  This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 304020 | Grant Medical Center | 22.90 | 5/31/07 |
|  | P O Box 931002 |  |  |
|  | Cleveland, Oh  44193 |  |  |
| 310871 | Same As Above | 34.35 | 6/29/07 |
| 317767 | Same As Above | 45.80 | 7/31/07 |
| ---- | Same As Above | 340.32 | Balance |

2. Your trustee's check #695466 for a total of $ 443.37  payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date:  08/31/10

_____
John P. Gustafson
Trustee in Bankruptcy